STATE OF NEW JERSEY v. EPHRAIM FONTANEZ.

February 7, 1989.

Petition for certification denied.

MICHAEL H. KARU v. FIRST JERSEY
NATIONAL BANK, ET AL.

February 7, 1989.

Petition for certification granted.

THOMAS HENRY v. MID–STATE CORRECTIONAL FACILITY.

February 7, 1989.

Petition for certification denied.

ANTHONY VASTANO, ET AL. v. ROBERT S. COHEN, EXECUTOR
OF THE ESTATE OF ANTONIO VASTANO, AND CARMEL S.
SULLIVAN, ET AL.

February 7, 1989.

Petition for certification denied.